FILED
2012 Jun-19 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KAREN S. JENNINGS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:12-cv-02152-AKK** |
| **SANTANDER CONSUMER** ) | |
| **USA, INC.** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL

Consistent with Plaintiff Karen Jennings' Notice of Voluntary Dismissal Without Prejudice, doc. 3, it is **ORDERED** all claims against Defendant are **DISMISSED** without prejudice.

   **DONE** the 19th day of June, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE